**Dismiss Writ and Opinion Filed June 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00698-CV

### IN RE CHRISTOPHER ARIC RADKE, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F96-02380-UN**

## MEMORANDUM OPINION
Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Francis

Relator contends the trial court failed to rule on his motion for DNA testing. The facts and issues are well known to the parties, so we need not recount them herein. The relief requested by relator has been granted. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

130698F.P05